| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 20 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-56014 |
| Plaintiff-Appellant, | D.C. No. 5:18-cv-01005-JGB-KK |
| v. | Central District of California, Riverside |
| CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation; et al., | ORDER |
| Defendants-Appellees. | |

Before: WARDLAW, FRIEDLAND, and SUNG, Circuit Judges.

The panel has voted to deny Appellee's petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for rehearing en banc is DENIED.