UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation; et al.,<br><br>        Defendants - Appellees. | No. 22-56014<br><br>D.C. No. 5:18-cv-01005-JGB-KK<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

      The judgment of this Court, entered September 27, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                    FOR THE COURT:

                                                    MOLLY C. DWYER<br>
                                                    CLERK OF COURT