# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 21, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  California Stem Cell Treatment Center, Inc., a California Corporation, et al.
          v. United States
          No. 24-1189
          (Your No. 22-56014)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 19, 2025 and placed on the docket May 21, 2025 as No. 24-1189.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst