# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 14, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  California Stem Cell Treatment Center, Inc., a California Corporation, et al.
v. United States
No. 24-1189
(Your No. 22-56014)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Goldwater Institute for leave to file a brief as *amicus curiae* is denied. The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk